Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



JUL -9 2010

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

To:        CLERK, U.S. BANKRUPTCY COURT

Re:        UNDISTRIBUTED FUNDS

Debtors:   GILMORE L. DIGGS & JAMIE L. DIGGS
           3884 VIA MONDO
           LOMPOC, CA 93436

Case No.:  ND08-11696-RR

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| GILMORE L. DIGGS & JAMIE L. DIGGS<br>3884 VIA MONDO<br>LOMPOC, CA 93436 | $ 1.05 |

Dated: July 07, 2010

_Elizabeth J Rojas_
Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

Check No.: 0048327  
Check Date: 07/01/2010  
Check Amt: 1.05

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0811696 | | GILMORE L. DIGGS | | 0.00 | 0.00 | 1.05 | 1.05 |
| | Claim #: 00000 | JAMIE L. DIGGS | | | | | |
| | | TOTALS | | 0.00 | 0.00 | 1.05 | 1.05 |

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK  
818 W. Seventh Street, Suite 220  
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Jul 01, 2010  
CHECK NO.: 0048327  
CHECK AMOUNT: $**********1.05  
VOID AFTER 60 DAYS

DIGGS, GILMORE L.

Case No: 0811696

PAY ONLY **1.05**  
ONE PERIOD ZERO FIVE

PAY TO THE ORDER OF: CLERK OF THE COURT

VOID OVER $1.05

Elizabeth F Rojas

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT.

⑆0048327⑆ ⑈122044300⑈ 001⑉111720⑉

Clerk of the Court
128 East Carrillo Street
Santa Barbara, CA 93101-3101